# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WILLIFORD,<br><br>        Plaintiff,<br>    v.<br>ZACK SCRIVNER,<br><br>        Defendant. | Case No. 1:15-cv-00653 --- JLT<br><br>ORDER RELATING CASES |
| RICHARD WILLIFORD,<br><br>        Plaintiff,<br>    v.<br>PHILLIP HALL,<br><br>        Defendant. | Case No. 1:15-cv-00868 --- JLT |

In the case, *Williford v.Scrivner,* Case No. 1:15-cv-00653---JLT, Plaintiff complains that Defendant took actions related to the management of the Mountain Meadows Community Services District Plaintiffs. Plaintiff has filed a similar action titled,*Williford v. Hall*, Case No. 1:15-cv-00868---JLT. In that action, Plaintiff claims injuries related to the Mountain Meadows Community Services District and instructions given by Defendant outlining how that District would operate.

1

The Court's review of the cases reveals that the actions are related, as that term is defined in Local Rule 123. The actions involve overlapping questions of law and fact and are based on the same or similar claim.  Thus, the Court **ORDERS**:

1. The Office of the Clerk shall relate the cases *Williford  v.Scrivner,* Case No. 1:15-cv-00653---JLT and *Williford v. Hall*, Case No. 1:15-cv-00868---JLT.

IT IS SO ORDERED.

Dated:   **June 10, 2015**                              /s/ Jennifer L. Thurston
                                                                    UNITED STATES MAGISTRATE JUDGE