# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WILLIFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>ZACH SCRIVNER,<br><br>    Defendant. | Case No.: 1:15-cv-00653 - KJM - JLT<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR A CHANGE IN VENUE<br><br>(Doc. 36) |

Plaintiff seeks a change in venue pursuant to California Code of Civil Procedure § 937, asserting "an action against county for injury occurring within county caused by negligence of such county or its agents shall not be tried in such county." (Doc. 36 at 2) However, Plaintiff fails to demonstrate a change in venue is appropriate under *federal* law, which provides that "a district court may transfer any civil action to any other district or division where it might have been brought" for the convenience of parties and witness, and in the interest of justice. 28 U.S.C. § 1404. Moreover, the matter is currently assigned a District Judge who presides in Sacramento, where any trial in this matter would occur. Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's motion for a change in venue (Doc. 36) is **DENIED**.

IT IS SO ORDERED.

Dated:  **August 17, 2015**             /s/ Jennifer L. Thurston
                                         UNITED STATES MAGISTRATE JUDGE